IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

COLUMBIA STATE BANK, a
Washington stock savings
bank,

        Plaintiff,

v.

DINDIA INVESTMENTS LLC, an
Oregon limited liability
company; GERALD P. DINDIA;
MARK G. DINDIA; PATRICIA L.
DINDIA; MATTHEW D. DINDIA;
DONALD DINDIA; and SPUR
INVESTMENTS, LLC, an Oregon
limited liability company;

        Defendants.

10-CV-769-BR

ORDER

1 - ORDER

**CHARLES R. MARKLEY**
**SANFORD R. LANDRESS**
Greene & Markley, PC
1515 SW Fifth Avenue
Suite 600
Portland, OR 97201
(503) 295-2668

        Attorneys for Plaintiff

**SCOTT O. PRATT**
806 SW Broadway, Suite 1200
Portland, OR 97205
(503) 241-5464

        Attorney for Defendants Dindia Investments, LLC and
        Spur Investments, LLC

**STEPHEN T. BOYKE**
Law Office of Stephen T. Boyke
1200 Jackson Tower, 806 SW Broadway
Portland, OR 97205
(503) 227-0417

        Attorney for Defendants Gerald P. Dindia, Mark G.
        Dindia, Patricia L. Dindia, and Matthew D. Dindia

**NORMAN A. RICKLES**
Grenley Rotenberg
1211 SW Fifth Avenue, Suite 1100
Portland, OR 97204
(503) 241-0570

        Attorneys for Defendant Donald Dindia

**BROWN, Judge.**

        This matter comes before the Court on Plaintiff Columbia
State Bank's Motion (#27) for Summary Judgment Against All
Defendants on All Claims, Defenses, and Counterclaims.

        On January 5, 2011, each Defendant withdrew their common

2 - ORDER

Second Affirmative Defense of Waiver.

On January 18, 2011, Plaintiff filed its Motion for Summary Judgment as to each of its claims against all Defendants, against the remaining two Affirmative Defenses asserted by all Defendants, and against each Defendant's asserted right to attorneys' fees and costs (referred to as Counterclaims by Plaintiff).  On February 15, 2011, the Court signed a Stipulated Judgment (#32) against Dindia Investments, LLC.  The remaining Defendants did not file a response to Plaintiff's Motion for Summary Judgment.

The Court has reviewed Plaintiff's Motion for Summary Judgment together with the supporting Memorandum and the Declarations in support of the Motion.  Because Defendants did not respond to Plaintiff's Motion, the Court treats as undisputed all of the factual assertions Plaintiff has established in its moving papers.  Based on these undisputed facts and for all of the reasons Plaintiff asserts in its Memorandum, the Court concludes Plaintiff is entitled to summary judgment as a matter of law as to each of its claims against the remaining Defendants, as to Defendants' remaining two Affirmative Defenses, and as to Defendants' Counterclaims for attorneys' fees and costs.

## CONCLUSION

For these reasons, the Court **GRANTS** Plaintiff's Motion (#27)

3 - ORDER

for Summary Judgment Against All [remaining] Defendants on All

Claims, Defenses, and Counterclaims, and **directs** Plaintiff's

counsel to submit an appropriate form of Judgment by March 4,

2011.

    IT IS SO ORDERED.

    DATED this 25th day of February, 2011.


                            /s/ Anna J. Brown

                          _____
                          ANNA J. BROWN
                          United States District Judge

4 - ORDER