FILED
APR 14 2011

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**COLUMBIA STATE BANK**, a Washington stock savings bank,

Plaintiff,

v.

**DINDIA INVESTMENTS, LLC**, an Oregon limited liability company; **GERALD P. DINDIA, MARK G. DINDIA, PATRICIA L. DINDIA, MATTHEW D. DINDIA, DONALD DINDIA**, and **SPUR INVESTMENTS, LLC**, an Oregon limited liability company,

Defendants.

No. 3:10-cv-769-BR

**STIPULATED SUPPLEMENTAL JUDGMENT**

Based on the stipulation of plaintiff and defendants, it is

ADJUDGED as follows:

1.  On plaintiff's motion for an award of attorneys' fees and costs, plaintiff is awarded a monetary judgment for attorney fees and costs as follows:

    a.  Against defendants Dindia Investments, LLC, Mark Dindia, Matthew Dindia, and Gerald Dindia, jointly and severally, for attorney fees in the amount of $26,670.83 and costs in the amount of $3,332.99, together with interest on the total at

Page 1 of 3 - STIPULATED SUPPLEMENTAL JUDGMENT

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

the contract rate of 18 percent per annum from the date of entry of this judgment until paid;

    b. Against defendants Spur Investments, LLC, Mark Dindia, Matthew Dindia, Gerald Dindia, and Donald Dindia, jointly and severally, for attorney fees in the amount of $10,668.34 and costs in the amount of $1,333.20, together with interest on the total at the contract rate of 11.76 percent per annum from the date of entry of this judgment until paid.;

    c. Against defendant Gerald Dindia for attorney fees in the amount of $5,334.17 and costs in the amount of $666.60, together with interest on the total at the contract rate of 8.25 percent per annum from the date of entry of this judgment until paid;

    d. Against defendant Mark Dindia for attorney fees in the amount of $5,334.17 and costs in the amount of $666.60, together with interest on the total at the contract rate of 9.75 percent per annum from the date of entry of this judgment until paid; and

    e. Against defendant Matthew Dindia for attorney fees in the amount of $5,334.17 and costs in the amount of $666.60, together with interest on the total at the contract rate of 18 percent per annum from the date of entry of this judgment until paid.

Dated this 14th day of April, 2011.

_____
United States District Court Judge

IT IS SO STIPULATED:

GREENE & MARKLEY, P.C.

By /s/ Sanford R. Landress
Sanford R. Landress, OSB #81438
Charles R. Markley, OSB #75240
Attorneys for Plaintiff

      [Signature Page Continues]

Page 2 of 3 - STIPULATED SUPPLEMENTAL JUDGMENT